IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARJORIE ANN SMITH, | * |
| Plaintiff, | * |
| v. | Case No.  3:21-cv-88-CAR |
| | * |
| ZAXBY'S FRANCHISING, LLC, and RESTAURANT SYSTEMS SOLUTIONS, LLC, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 9, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of September, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk